JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIWY DENIM OF AMERICA, LLC, an Ohio Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHARLOTTE RUSSE HOLDING, INC., a Delaware Corporation; BLUE AMBROSIA, INC., a California Corporation and Does 1-10.<br><br>　　　　Defendants. | Case No. CV 08-5545 SJO (ARGx)<br><br>(Assigned to the Hon. S. James Otero)<br><br>**ORDER RE STIPULATION OF DISMISSAL OF ENTIRE ACTION** |
| BLUE AMBROSIA, INC., a California Corporation,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>SIWY DENIM OF AMERICA, LLC, an Ohio Limited Liability Company,<br><br>　　　　Counter-Defendant. | |

-1-
**PROPOSED ORDER RE STIPULATION OF DISMISSAL OF ENTIRE ACTION**

1  Having considered the parties' Stipulation of Dismissal of Entire Action
2  pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, which the Parties
3  entered into through a good faith settlement, the Court hereby dismisses the entire
4  action and counter-action with prejudice and orders that each party shall bear their
5  own costs and attorneys' fees incurred to date.
6  IT IS SO ORDERED.
7  Dated: September 29, 2009   By: _____
8  United States District Court for the
9  Central District of California.
   HON. S. JAMES OTERO,
10 District Court Judge

-2-
**PROPOSED ORDER RE STIPULATION OF DISMISSAL OF ENTIRE ACTION**